**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MYKHAILO SHEKHTMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-862-PRW |
| | ) | |
| FNU WARDEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1), challenging his ongoing detention by U.S. Immigration and Customs Enforcement as unlawful and unconstitutional. The Court **ORDERS** as follows:

1. Respondents shall file an answer, motion, or other response consistent with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts within eighteen (18) days from this order's date.[1]

   a. If Respondent files an answer or other response, Petitioner may file a reply within seven (7) days from the filing date.

   b. If Respondent files a pre-answer motion, Petitioner may file a response within ten (10) days from the filing date.

2. The Court directs the Clerk of Court to send the petition and this order to the United States Attorney for the Western District of Oklahoma on Respondents' behalf at the following address: 210 W. Park Ave., Suite 400, Oklahoma City, Oklahoma 73102.

---

[1] The Court may apply the Rules Governing 28 U.S.C. § 2254 Cases to habeas petitions arising under 28 U.S.C. § 2241. *See* Rule 1(b) of the Rules Governing Section 2254 Cases; *Boutwell v. Keating*, 399 F.3d 1203, 1210 n. 2 (10th Cir. 2005) (confirming that a district court "acted within its discretion by applying the Section 2254 Rules to this § 2241 petition" and citing Rule 1(b)).

1

**IT IS SO ORDERED** this 29th day of April 2026.

_____

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE